April 17, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

TONY WOODY, Appellant

NO. 14-12-00762-CV                              V.

MADELYN WOODY, Appellee

_____

This cause, an appeal from the trial court's final judgment signed, May 22, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in incorporating the parties' purported agreement on child support in the judgment. We therefore order that the portions of the judgment regarding child support are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its own costs by reason of this appeal.

We further order this decision certified below for observance.